Fill in this information to identify the case:
Debtor name: Pinnacle Regional Hospital, LLC
United States Bankruptcy Court for the: DISTRICT OF KANSAS
Case number (if known): 20-20221

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFLAC<br>1932 Wynnton Road<br>Columbus, GA<br>31999 | | Benefits | | | | $5,528.48 |
| BKD<br>14241 Dallas Pkwy<br>Suite 110<br>Dallas, TX 75254 | | Professional Services | | | | $13,000.00 |
| Boston Scientific<br>P.O. Box 951653<br>Dallas, TX 75395 | | | | | | $81,178.00 |
| Boyce and Bynum Pathology<br>P.O. Box 7406<br>Columbia, MO 65205 | | Laboratory Services | | | | $97,998.00 |
| CenturyLink<br>P.O. Box 4300<br>Carol Stream, IL 60197 | | Telephone | | | | $49,390.00 |
| Community Blood<br>P.O. Box 26147<br>Overland Park, KS 66225 | | Medical Supplies | | | | $8,928.00 |
| Cooper County Collector<br>200 Main Street<br>Rm 27<br>Boonville, MO 65233-3000 | | Taxes | | | | $15,123.00 |
| Corcom Communications<br>P.O. Box 17236<br>Reno, NV 89511 | | Professional Services | | | | $53,344.00 |
| Cut Above Tree<br>1403 Concordia Drive<br>Boonville, MO 65233 | | Professional Services | | | | $5,300.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Pinnacle Regional Hospital, LLC | | Case number (if known) | 20-20221 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| De Lage<br>P.O. Box 41602<br>Allentown, PA | | Equipment Lease | | | | $18,891.00 |
| DJO Global<br>P.O. box 6507777<br>Dallas, TX 75265 | | Medical Supplies | | | | $5,818.00 |
| DrFirst<br>P.O. Box 791487<br>Baltimore, MD 21279 | | Professional Services | | | | $36,677.00 |
| Experian Health<br>P.O. Box 886133<br>Los Angeles, CA 90088 | | | | | | $30,334.00 |
| GSK<br>P.O. Box 740415<br>Atlanta, GA 30374 | | Medical Supplies | | | | $6,412.00 |
| Mail Services, LLC<br>4100 121st Street<br>Urbandale, IA 50323 | | Professional Services | | | | $8,672.00 |
| Meditech<br>P.O. Box 745 69<br>Chicago, IL 60696 | | Software/Programming | | | | $98,409.00 |
| Persivia, Inc.<br>4 Mount Royal Ave<br>4th Floor<br>Marlborough, MA 01752 | | Professional Services | | | | $9,100.00 |
| Pulse Medical Staff<br>620 N. Trade Winds Parkway<br>Ste A<br>Columbia, MO 65201 | | Staffing Agency | | | | $7,661.00 |
| Siemens Healthineers<br>P.O. Box 121102<br>Dallas, TX 75312 | | Medical Supplies | | | | $7,109.00 |
| Steris Corporation<br>P.O. Box 676548<br>Dallas, TX 75267 | | Medical Supplies | | | | $4,925.00 |