# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| Pinnacle Regional Hospital, LLC, | ) Case No. 20-20221 |
|  | ) |
| Debtor. | ) Chapter 11 |
|  | ) |

## PLAINTIFF'S EXHIBIT LIST

Plaintiff Great Western Bank, by and through counsel, hereby submits the following exhibit list:

| Ex. | = | Offered & Admitted w/o objections | X | = | Offered & Admitted over |
|---|---|---|---|---|---|
| D.B. | = | Offered, but objected to & excluded | N.O. | = | objection |
| Ltd. | = | Admitted, de bene | W.D. | = | Marked but not offered |
|  | = | Admitted for limited purpose |  |  | Offered then withdrawn |

| Exhibit No. | Action Taken | Date | Time | Description of Exhibit |
|---|---|---|---|---|
| 1. |  | 3/3/20 |  | Promissory Note dated August 25, 2017 in the original principal amount of $10,000,000 |
| 2. |  | 3/3/20 |  | Promissory Note dated August 25, 2017 in the original principal amount of $1,805,000 |
| 3. |  | 3/3/20 |  | Promissory Note dated August 25, 2017 in the original principal amount of $210,000 |
| 4. |  | 3/3/20 |  | Promissory Note dated August 25, 2017 in the original principal amount of $1,380,000 |
| 5. |  | 3/3/20 |  | Loan Agreement dated August 25, 2017 |
| 6. |  | 3/3/20 |  | Business Security Agreement dated August 25, 2017 |
| 7. |  | 3/3/20 |  | Loan Modification Agreement dated August 29, 2018 |
| 8. |  | 3/3/20 |  | Second Loan Modification Agreement dated October 3, 2018 |
| 9. |  | 3/3/20 |  | Third Loan Modification Agreement dated September 30, 2019 |
| 10. |  | 3/3/20 |  | Promissory Note dated April 16, 2018 in the original principal amount of $669,000 |

| | | | | |
|---|---|---|---|---|
| 11. | | 3/3/20 | | Loan Agreement dated April 16, 2018 |
| 12. | | 3/3/20 | | Business Security Agreement dated April 16, 2018 |
| 13. | | 3/3/20 | | Promissory Note dated December 17, 2018 in the original principal amount of $1,768,800 |
| 14. | | 3/3/20 | | Business Security Agreement dated December 17, 2018 |
| 15. | | 3/3/20 | | Credit Card Agreement dated October 25, 2018 |
| 16. | | 3/3/20 | | Guaranty dated October 3, 2018 executed by Cooper County Community Hospital, LLC |
| 17. | | 3/3/20 | | Loan Agreement dated October 3, 2018 |
| 18. | | 3/3/20 | | Business Security Agreement dated October 3, 2018 |
| 19. | | 3/3/20 | | Deed of Trust dated October 3, 2018 |
| 20. | | 3/3/20 | | Guaranty dated October 3, 2018 executed by Blue Valley Surgical Associates, LLC |
| 21. | | 3/3/20 | | Guaranty dated October 3, 2018 executed by Blue Valley Hospital, Inc. |
| 22. | | 3/3/20 | | Guaranty dated October 3, 2018 executed by Cooper County Community Hospital, LLC |
| 23. | | 3/3/20 | | January 8, 2020 Notice of Treatment of Account |
| 24. | | 3/3/20 | | Verified First Amended Complaint |
| 25. | | 3/3/20 | | Borrowing base certificates and Accounts Receivable Aging Summaries as of September 30, 2019, August 31, 2019, and June 30, 2019 |
| 26. | | 3/3/20 | | Summary of Bank Records |
| 27. | | 3/3/20 | | Accounts Receivable Aging as of January 31, 2020 |
| 28. | | 3/3/20 | | Accounts Payable Aging as of January 31, 2020 |
| 29. | | 3/3/20 | | Accounts Payable Report as of August 31, 2019 |
| 30. | | 3/3/20 | | Country Club Bank Account Activity |
| 31. | | 3/3/20 | | Pinnacle Regional Hospital Inc. and Blue Valley Surgical Associates, LLC financing statement |
| 32. | | 3/3/20 | | Pinnacle Regional Hospital LLC financing statement |

Respectfully submitted,

SPENCER FANE LLP

s/ Peter L. Riggs
Peter L. Riggs        KS #23523
Andrea M. Chase       KS #26307
1000 Walnut St., Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
Email: priggs@spencerfane.com
       achase@spencerfane.com

**ATTORNEYS FOR
PLAINTIFF GREAT WESTERN BANK**