# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| **Pinnacle Regional Hospital, LLC,** | ) ) | Case No. 20-20221 |
| Debtor. | ) ) ) | Chapter 11 |

## GREAT WESTERN BANK'S WITNESS LIST

Great Western Bank may call the following witnesses in support of its Consolidated Objection to Debtor's Motion for Authorization to Use Operating Revenues and Request for Expedited Scheduling of Preliminary and Final Hearings and Debtor's Application for Approval of Prepetition Payroll [D.E. 15]:

1. Peter Jardine, Great Western Bank;

2. Any witness called or designated by any other party;

3. Any witness necessary for rebuttal, foundation, impeachment, or authentication.

Respectfully submitted,

SPENCER FANE LLP

s/ Peter L. Riggs
Peter L. Riggs     KS #23523
Andrea M. Chase     KS #26307
1000 Walnut St., Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
Email: priggs@spencerfane.com
       achase@spencerfane.com

**ATTORNEYS FOR
GREAT WESTERN BANK**