## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-20219-DLS |
| PINNACLE REGIONAL HOSPITAL, INC., ) | |
| PINNACLE REGIONAL HOSPITAL, LLC, ) | Case No. 20-20221-DLS |
| BLUE VALLEY SURGICAL ) | |
| ASSOCIATES, LLC, ) | Chapter 11 |
| PINNACLE HEALTHCARE SYSTEMS, ) | |
| INC., ) | Jointly Administered |
| ROJANA REALTY INVESTMENTS, INC., ) | |
| AND ) | |
| JOY'S MAJESTIC PARADISE, INC., ) | |
| ) | |
| Debtors ) | |

## STATEMENT OF FINANCIAL AFFAIRS OF
## DEBTOR, PINNACLE REGIONAL HOSPITAL, LLC

Attached is the Statement of Financial Affairs of Debtor, Pinnacle Regional Hospital, LLC, which is provided by the Trustee based upon information provided to the Trustee from the management of the Debtor on April 18, 2020.

                        Respectfully submitted,

                        *s/ James A. Overcash*
                        James A. Overcash, Chapter 11 Trustee
                        301 S. 13th Street, Suite 500
                        Lincoln, NE 68508
                        Telephone: 402-437-8500
                        Facsimile: 402-437-8558
                        jovercash@woodsaitken.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19th, 2020, a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which sent notice to all parties receiving electronic notices and was sent via U.S. mail, postage prepaid to all parties not receiving such notices.

                        s/ *James A. Overcash*
                        James A. Overcash