IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-20221 |
| **PINNACLE REGIONAL** | ) |
| **HOSPITAL, LLC,** | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |

### GREAT WESTERN BANK'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO UNITED STATES TRUSTEE'S OBJECTION TO 9019 MOTION

Great Western Bank ("Bank"), for its Motion for Extension to Respond to the United States Trustee's Objection to 9019 Motion [Doc. 124] (the "Objection"), states as follows:

1. On November 11, 2021, Larry Pittman, in his capacity as the Chapter 7 Trustee of Pinnacle Regional Hospital, LLC (the "Trustee") and the Bank filed a Joint Motion to Approve Settlement and Compromise [Doc. 114] (the "9019 Motion").

2. The UST filed the Objection to the 9019 Motion on February 25, 2022.

3. The deadline to respond to the Objection is March 4, 2022.

4. The Bank and the Trustee require additional time to file a response to the Objection.

5. Accordingly, the Bank requests an extension of the Bank and the Trustee's response deadline to March 11, 2022.

6. Counsel for the Bank has conferred with the Trustee and the UST regarding the requested extension and they both consent to the same.

WHEREFORE, the Bank requests that this Court extend the deadline for the Bank and the Trustee to respond to the Objection to and including March 11, 2022, and grant such other and further relief as it deems just and proper.

Dated: March 4, 2022

Respectfully submitted,

SPENCER FANE LLP

By: /s/     *Peter L. Riggs*
Peter L. Riggs			KS #23523
Andrea M. Chase			KS #26307
1000 Walnut St., Suite 1400
Kansas City, Missouri  64106-2140
Phone: 816-474-8100
Facsimile: 816-474-3216
Email: priggs@spencerfane.com
	achase@spencerfane.com

and

James A. Lodoen (0173605) *Admitted pro hac vice*
100 South 5th Street, Suite 2500
Minneapolis, Minnesota  55402
Phone:  (612) 268-7000
Facsimile:  (612) 268-7001
Email: jlodoen@spenerfane.com

ATTORNEYS FOR GREAT WESTERN BANK

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, a true and correct copy of the above and foregoing was sent electronically to all parties requesting electronic notice.

/s/ *Peter L. Riggs*
Attorney for Great Western Bank