INTERIM ESTATE PROPERTY RECORD AND REPORT – ASSET CASE

Case No. 20-20221  
Case Name: Pinnacle Regional Hospital, LLC  
Estimated for the period ending: July 31, 2022  

Trustee Name: Larry A. Pittman, II  
Date Filed (f) or Converted (c): July 22, 2020 (c)  
Claims Bar Date: April 25, 2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description | Estimated Present Asset Value | Estimated Net Value | Property Abandoned | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Estimated Gross Value of Remaining Assets |
| 1. UMB Bank | $99,963.13 | $99,963.13 | | | $99,963.13[1] |
| 2. Country Club Bank | $77,866.91 | $77,866.91 | | | $77,866.91[1] |
| **Approx. Total Cash** | | | | | **$177,830.04[1]** |
| | | | | | |
| 3. Boonville Real Property | Unknown | Unknown | | | Unknown[1] |
| **Total Real Property** | | | | | **Unknown[1], [3]** |
| | | | | | |
| 4. Chapter V Claims | $0.00 | $0.00 | | | **$0.00** |
| 5. Meditech Claim | Unknown | Unknown | | | **Unknown[2][3]** |
| Asset Notes: Estimated values could jeopardize litigation. | | | | | |
| **Total Gross Estimated Assets (excluding for unknown value):** | | | | | **Unknown[1], [2], and [3]** |
| | | | | | |

Footnotes:
1. Great Western Bank claims a first priority, blanket interest in all estate assets subject to litigation settlement terms approved by Court; A portion of cash assets on hand are insurance proceeds designated for payment of repair work on Boonville Property
2. Ongoing Litigation Claim(s) cannot be estimated at this point
3. Projected costs to the Estate and pending litigation and tax returns, if needed, leave the gross asset total unknown

[Signature Page Follows]

17742712.1

INTERIM ESTATE PROPERTY RECORD AND REPORT – ASSET CASE

| | |
|---|---|
| Case No. 20-20221 | Trustee Name: Larry A. Pittman, II |
| Case Name: Pinnacle Regional Hospital, LLC | Date Filed (f) or Converted (c): July 22, 2020 (c) |
| Estimated for the period ending: July 31, 2022 | Claims Bar Date: April 25, 2021 |

Initial Projected Date of Final Report: 01/31/2022   Current Projected Date of Final Report: 08/31/2023

/s/ Larry A. Pittman, II, Chapter 7 Trustee

17742712.1

FORM 1

Case No. 20-20221  
Case Name: Pinnacle Regional Hospital, LLC  
Estimated for the period ending: July 31, 2022

Trustee Name: Larry A. Pittman, II  
Date Filed (f) or Converted (c): July 22, 2020 (c)  
Claims Bar Date: April 25, 2021  
§ 341(a) Meeting Date: January 29, 2021

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA= § 554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1 Checking Account at CCB | $384,808.05 | Unknown Pending Sale of Real Property in Boonville | | $0.00 | Unknown Pending Sale of Real Property in Boonville |
| 2 Accounts Receivable | $21,338,586.97[5] | $0.00 | | $0.00 | FA |
| 3 Inventory: Medical Supplies[1] | $128,140.28 | $0.00 | | $0.00 | FA |

---

[1] Based on Prior Trustee's Records of the assets and administration of the Jointly Administered Debtors Prior to Separation of Joint Administration.  
[5] Gross majority of Accounts Receivable are not collectable. Post Trustee Pittman's appointment, the estate has collected only $579,883.29. All amounts appear encumbered.

20120815.1

FORM 1

Case No. 20-20221  
Case Name: Pinnacle Regional Hospital, LLC  
Estimated for the period ending: July 31, 2022

Trustee Name: Larry A. Pittman, II  
Date Filed (f) or Converted (c): July 22, 2020 (c)  
Claims Bar Date: April 25, 2021  
§ 341(a) Meeting Date: January 29, 2021

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Office Furniture and Equipment[2] | $30,000.00 | $0.00 | | $0.00 | FA |
| 5 | Machinery, Equipment, and Vehicles[3] | $978,104.12 | $0.00 | | $0.00 | FA |
| 6 | Potential Damage for Medicare License Proceeding[4] | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Preference Payments | $60,732.00[6] | $0.00[8] | | $0.00 | FA |

[2] Debtor estimated at $25k-$35k.  
[3] Based on Prior Trustee's Records of the assets and administration of the Jointly Administered Debtors Prior to Separation of Joint Administration. Trustee Overcash administered all valuable equipment.  
[4] Based on Prior Trustee's Records of the assets and administration of the Jointly Administered Debtors Prior to Separation of Joint Administration.  
[6] Based on schedules of Jointly Administered Debtors Prior to Separation of Joint Administration.  
[8] Based on financial records of Pinnacle Regional Hospital, LLC only.

20120815.1

FORM 1

Case No. 20-20221  Trustee Name: Larry A. Pittman, II
Case Name: Pinnacle Regional Hospital, LLC  Date Filed (f) or Converted (c): July 22, 2020 (c)
Estimated for the period ending: July 31, 2022  Claims Bar Date: April 25, 2021
 § 341(a) Meeting Date: January 29, 2021

| 8 | Real Property located at 17651 Hwy B, Boonville, MO | $0.00[7] | Unknown Pending Sale of Real Property in Boonville | | $0.00 | Unknown Pending Sale of Real Property in Boonville |
|---|---|---|---|---|---|---|
| Totals (excluding unknown values): | | $22,920,371.42 | Unknown Pending Sale of Real Property in Boonville | | $0.00 | Unknown Pending Sale of Real Property in Boonville |

Major Activities Affecting Case Closing:

- Sale of Real Property
- Potential litigation against prior vendors presently being investigated

Initial Projected Date of Final Report (TFR): 1/31/2022    Current Projected Date of Final Report: 8/31/2023

/s/ Larry A. Pittman, II, Chapter 7 Trustee

---

[7] No valuation provided by Debtor

20120815.1

# Check Register - Form 2

| Number | Date | Description of Transaction | C | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
|  | 1/29/21 | Starting Balance |  |  | $228,433.54 | $228,433.54 |
|  | 2/2/21 | Service Fee |  | $51.00 |  | $228,382.54 |
|  | 2/5/21 | MO Social Services HCCCLAIMPMT |  |  | $371,741.00 | $600,123.54 |
|  | 2/9/21 | Service Fee |  | $5.00 |  | $600,118.54 |
|  | 2/9/21 | UHC Member Paymnt |  |  | $50.00 | $600,168.54 |
|  | 2/16/21 | UHC Member Paymnt |  |  | $32.10 | $600,200.64 |
|  | 2/16/21 | UHC Member Paymnt |  |  | $32.10 | $600,232.74 |
|  | 2/18/21 | MHA Manager |  |  | $0.20 | $600,232.94 |
|  | 2/26/21 | UHC Member Paymnt |  |  | $88.20 | $600,321.14 |
|  | 3/2/21 | Service Fee |  | $51.00 |  | $600,270.14 |
|  | 3/9/21 | Service Fee |  | $5.00 |  | $600,265.14 |
|  | 4/2/21 | Service Fee |  | $51.00 |  | $600,214.14 |
|  | 4/23/21 | MHA Manager |  |  | $207,937.70 | $808,151.84 |
|  | 5/3/21 | Service Fee |  | $51.00 |  | $808,100.84 |
|  | 5/10/21 | Service Fee |  | $5.00 |  | $808,095.84 |
|  | 5/28/21 | MHA Manager |  |  | $0.68 | $808,096.52 |
|  | 6/2/21 | Service Fee |  | $51.00 |  | $808,045.52 |
|  | 6/8/21 | Service Fee |  | $5.00 |  | $808,040.52 |
|  | 6/23/21 | MHA Manager |  |  | $1.31 | $808,041.83 |
|  | 7/2/21 | Service Fee |  | $51.00 |  | $807,990.83 |
|  | 7/9/21 | Service Fee |  | $5.00 |  | $807,985.83 |
|  | 8/2/21 | Service Fee |  | $51.00 |  | $807,934.83 |
|  | 9/2/21 | Service Fee |  | $51.00 |  | $807,883.83 |
|  | 9/8/24 | Service Fee |  | $2.50 |  | $807,881.33 |
|  | 9/24/21 | MO Claims HCCClaimpmt |  |  | $66.99 | $807,948.32 |
|  | 10/4/21 | Service Fee |  | $51.00 |  | $807,897.32 |
|  | 10/12/21 | Service Fee |  | $2.50 |  | $807,894.82 |

| Number | Date | Description of Transaction | C | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
| | 11/2/21 | Service Fee | | $51.00 | | $807,843.82 |
| | 11/9/21 | Service Fee | | $2.50 | | $807,841.32 |
| | 11/30/21 | Cooper County Real Property Tax pmt | | $420,731.41 | | $387,109.91 |
| | 12/2/21 | Service Fee | | $51.00 | | $387,058.91 |
| | 12/9/21 | Service Fee | | $2.50 | | $387,056.41 |
| | 1/3/22 | Service Fee | | $51.00 | | $387,005.41 |
| | 1/11/22 | Service Fee | | $2.50 | | $387,002.91 |
| | 2/2/22 | Service Fee | | $51.00 | | $386,951.91 |
| | 2/8/22 | Service Fee | | $2.50 | | $386,949.41 |
| | 3/2/22 | Service Fee | | $51.00 | | $386,898.41 |
| | 3/9/22 | Service Fee | | $2.50 | | $386,895.91 |
| | 4/4/22 | Service Fee | | $51.00 | | $386,844.91 |
| | 4/8/22 | Service Fee | | $2.50 | | $386,842.41 |
| | 5/2/22 | Service Fee | | $51.00 | | $386,791.41 |
| | 5/9/22 | Service Fee | | $2.50 | | $386,788.91 |
| | 5/31/22 | Facility Law Maintenance Fee For 2021 | | $8,807.50 | | $377,981.41 |
| | 5/31/22 | Settlement Payment to Bank | | $300,007.50 | | $77,973.91 |
| | 6/2/22 | Service Fee | | $51.00 | | $77,922.91 |
| | 6/8/22 | Service Fee | | $2.50 | | $77,920.41 |
| | 7/5/22 | Service Fee | | $51.00 | | $77,869.41 |
| | 7/11/22 | Service Fee | | $2.50 | | $77,866.91 |

## Check Register - Form 2

| Number | Date | Description of Transaction | C | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
|  | 2/24/21 | James Overcash, Trustee (CARES Act Overpayment - Cash is unavailable) |  |  | $675,079.03 | $675,079.03 |
|  | 2/24/21 | James Overcash, Trustee |  |  | $323,922.77 | $999,001.80 |
|  | 2/24/21 | Patient Payment |  |  | $80.58 | $999,082.38 |
|  | 2/24/21 | Patient Payment |  |  | $25.00 | $999,107.38 |
|  | 2/24/21 | Patient Payment |  |  | $25.00 | $999,132.38 |
|  | 2/24/21 | Patient Payment |  |  | $21.02 | $999,153.40 |
|  | 2/24/21 | Payment Payment |  |  | $84.40 | $999,237.80 |
|  | 2/24/21 | Patient Payment (through Holland Law) |  |  | $1,499.00 | $1,000,736.80 |
|  | 5/10/21 | Ameren Gas / Electricity |  | $6,643.93 |  | $994,092.87 |
|  | 5/10/21 | Ameren Gas / Electricity |  | $1,888.83 |  | $992,204.04 |
|  | 5/11/21 | Ameren Gas / Electricity |  | $298.64 |  | $991,905.40 |
|  | 5/11/21 | Ameren Gas / Electricity |  | $147.87 |  | $991,757.53 |
|  | 8/11/21 | Ameren Gas / Electricity |  | $9,990.47 |  | $981,767.06 |
|  | 8/11/21 | Ameren Gas / Electricity |  | $373.09 |  | $981,393.97 |
|  | 8/11/21 | Ameren Gas / Electricity |  | $126.10 |  | $981,267.87 |
| 363114 | 8/6/21 | Insurance Payment |  | $141,883.35 |  | $839,384.52 |
|  | 10/6/21 | Ameren Gas / Electricity |  | $342.59 |  | $839,041.93 |
|  | 10/6/21 | Ameren Gas / Electricity |  | $342.59 |  | $838,699.34 |
|  | 10/15/21 | Misc. Deposit |  |  | $382.00 | $839,081.34 |
|  | 12/7/21 | Ozark Fire Sprinkler |  | $11,348.87 |  | $827,732.47 |
|  | 12/7/21 | Ameren Gas / Electricity |  | $578.40 |  | $827,154.07 |
|  | 12/7/21 | Ameren Gas / Electricity |  | $578.40 |  | $826,575.67 |
|  | 1/11/22 | Ameren Gas / Electricity |  | $213.05 |  | $826,362.62 |
|  | 3/17/22 | Ameren Gas / Electricity |  | $7,880.03 |  | $818,482.59 |
|  | 3/17/22 | Ameren Gas / Electricity |  | $306.58 |  | $818,176.01 |
|  | 3/17/22 | Ameren Gas / Electricity |  | $83.33 |  | $818,092.68 |
|  | 4/8/22 | Misc. Deposit |  |  | $1,282.17 | $819,374.85 |
|  | 4/8/22 | Misc. Deposit |  |  | $10.00 | $819,384.85 |
|  | 5/11/22 | Ameren Gas / Electricity |  | $4,310.01 |  | $815,074.84 |
|  | 5/11/22 | Ameren Gas / Electricity |  | $372.52 |  | $814,702.32 |
|  | 5/11/22 | Ameren Gas / Electricity |  | $284.21 |  | $814,418.11 |
|  | 5/11/22 | Ameren Gas / Electricity |  | $77.49 |  | $814,340.62 |
|  | 7/12/22 | Ameren Gas / Electricity |  | $5,025.77 |  | $809,314.85 |
|  | 7/12/22 | Ameren Gas / Electricity |  | $100.08 |  | $809,214.77 |
|  | 7/12/22 | Ameren Gas / Electricity |  | $89.34 |  | $809,125.43 |
|  | 7/18/22 | Initial Payment to Hub International for Ins. 2022-2023 |  | $56,324.70 |  | $752,800.73 |

| Number | Date | Description of Transaction | C | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|---|---|
|  | 7/18/22 | Initial Payment on Restoration Services for BluSky Repairs to Facility |  | $53,621.14 |  | $699,179.59 |
|  | 6/10/22 | Insurance Proceeds from Feb. 2021 Damage |  |  | $76,020.07 | $775,199.66 |
|  | 7/18/22 | Payment to Hub International for Ins. Services for 2022-2023 |  | $157.50 |  | $775,042.16 |

Available After Deducting PPP Payment Return Funds: $99,963.13